IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LISA KLIEBERT-WITT, | Case No. 3:17-cv-380 |
| Plaintiff, | District Judge Walter H. Rice |
| v. | |
| BARBARA M. BARRETT, Secretary of the Air Force | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION TO HOLD TAXATION OF COSTS IN ABEYANCE PENDING DISPOSITION OF APPEAL**

This matter is before the Court on the Joint Motion to Hold Taxation of Costs in Abeyance Pending Disposition of Appeal (ECF No. XX). By agreement of the Parties, and consistent with *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 166 (1936), the Motion is **GRANTED**. The Court shall hold in abeyance disposition of Defendant's Bill of Costs (ECF No. 80) and Plaintiff's Objections as to Bill of Costs (ECF No. 81) during the pendency of Plaintiff's appeal. Defendant shall file its response to Plaintiff's Objections (ECF No. 81) within fourteen days of the Sixth Circuit's mandate, if applicable and if taxation of costs remains disputed.

**IT IS SO ORDERED.**

HON. WALTER H. RICE
United States District Judge